FILED - EASTERN DIVISION
CLERK U.S. DISTRICT COURT
AUG 12 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ED CR No. 09-122 SGL |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | [18 U.S.C. § 1591(a)(1): Sex Trafficking of Children; 18 U.S.C. § 2423(a): Transportation of Minors into Prostitution] |
| JASON DUANE WILSON, ) aka "Joker," ) aka "JD," ) | |
| Defendant. ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1591(a)(1)]

Between on or about May 30, 2007 and August 1, 2007, in San Bernardino County, within the Central District of California, and elsewhere, defendant JASON DUANE WILSON, also known as ("aka") "Joker," aka "JD," did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, and obtain by any means N.L., knowing that force, fraud, and coercion would be used to cause N.L. to engage in a commercial sex act, and

knowing that N.L. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

COUNT TWO

[18 U.S.C. § 1591(a)(1)]

Between on or about May 30, 2007 and August 1, 2007, in San Bernardino County, within the Central District of California, and elsewhere, defendant JASON DUANE WILSON, also known as ("aka") "Joker," aka "JD," did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, and obtain by any means S.H., knowing that force, fraud, and coercion would be used to cause S.H. to engage in a commercial sex act, and knowing that S.H. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

COUNT THREE

[18 U.S.C. § 2423(a)]

Between on or about May 30, 2007 and June 28, 2007, in San Bernardino County, within the Central District of California, and elsewhere, defendant JASON DUANE WILSON, also known as ("aka") "Joker," aka "JD," did knowingly transport N.L., who had not attained the age of 18 years, in interstate commerce, from the State of Michigan to the State of California, with the intent that N.L. would engage in prostitution and other sexual activity for which a person could be charged with a criminal offense.

## COUNT FOUR

[18 U.S.C. § 2423(a)]

Between on or about May 30, 2007 and June 28, 2007, in San Bernardino County, within the Central District of California, and elsewhere, defendant JASON DUANE WILSON, also known as ("aka") "Joker," aka "JD," did knowingly transport S.H., who had not attained the age of 18 years, in interstate commerce, from the State of Michigan to the State of California, with the intent that S.H. would engage in prostitution and other sexual activity for which a person could be charged with a criminal offense.

## COUNT FIVE

[18 U.S.C. § 2423(a)]

Between on or about June 28, 2007 and July 3, 2007, in San Bernardino County, within the Central District of California, and elsewhere, defendant JASON DUANE WILSON, also known as ("aka") "Joker," aka "JD," did knowingly transport N.L., who had not attained the age of 18 years, in interstate commerce, from the State of California to the State of Nevada, with the intent that N.L. would engage in prostitution and other sexual activity for which a person could be charged with a criminal offense.

## COUNT SIX

[18 U.S.C. § 2423(a)]

Between on or about June 28, 2007 and July 3, 2007, in San Bernardino County, within the Central District of California, and elsewhere, defendant JASON DUANE WILSON, also known as ("aka") "Joker," aka "JD," did knowingly transport S.H., who had not attained the age of 18 years, in interstate commerce, from the State of California to the State of Nevada, with the intent that S.H. would engage in prostitution and other sexual activity for which a person could be charged with a criminal offense.

A TRUE BILL

/S/
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office

DANIEL ACKERMAN
Assistant United States Attorney