RECEIVED

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

ED CV 11 - 01817

VAP

| United States District Court | District |  |
|---|---|---|
| **Name** (under which you were convicted):  Jason Duane Wilson | **Docket or Case** No.:  ED   CR   09-00122(B) |  |
| **Place of Confinement:**  FCI Victorville 1 | **Prisoner No.:**  44601-048 |  |
| **UNITED STATES OF AMERICA** | **Movant** (include name under which you were convicted) |  |
|  v.   Jason Duane Wilson |  |  |

### MOTION

1. **(a)** Name and location of court that entered the judgment of conviction you are challenging:

   George E. Brown, Jr. United States Courthouse
   3470 Twelfth Street, 1st Floor
   Riverside, CA 92501-3801

   **(b)** Criminal docket or case number (if you know):   ED CR 09-00122(B) VAP

2. **(a)** Date of the judgment of conviction (if you know): December 13, 2010

   **(b)** Date of sentencing: December 13, 2010

3. Length of sentence:   96-months

4. Nature of crime (all counts):   transportation into prostitution

5. **(a)** What was your plea? (Check one)

   (1)   Not guilty ☐          (2)   Guilty ☒          (3)   Nolo contendere (no contest) ☐

   **(b)** If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)          Jury ☐          Judge only ☐

   N/A

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?      Yes ☐      No ☒

8.  Did you appeal from the judgment of conviction?      Yes ☐      No ☒

9.  If you did appeal, answer the following:

    (a) Name of court:

    (b) Docket or case number (if you know):

    (c) Result:

    (d) Date of result (if you know):

    (e) Citation to the case (if you know):

    (f) Grounds raised:

    (g) Did you file a petition for certiorari in the United States Supreme Court?      Yes ☐      No ☒

       If "Yes," answer the following:

    (1) Docket or case number (if you know):

    (2) Result:

    (3) Date of result (if you know):

    (4) Citation to the case (if you know):

    (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions,

    petitions, or applications concerning this judgment of conviction in any court?

       Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a)  (1) Name of court:

       (2) Docket or case number (if you know):

       (3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐ No ☐

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)  First petition:         Yes ☐   No ☐

(2)  Second petition:     Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly
why you did not:     Counsel did not file an appeal on my behalf

12. For this motion, state every ground on which you claim that you are being held in violation of the
Constitution, laws, or treaties of the United States.  Attach additional pages if you have more
than four grounds.  State the facts supporting each ground.

**GROUND ONE:**  COUNSEL RENDERED INEFFECTIVE ASSISTANCE WHEN HE
FAILED TO OBJECT TO THE APPLICATION OF THE TWO POINT FOR BEING
ON MISDEMEANOR PROBATION?
(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

See pages attached hereto

(b) **Direct Appeal of Ground One:**   N/A
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐    No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐  No ☒X

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

In 2005, Petitioner received a term of 3-years probation in Case No. OSCM09673, a misdemeanor.  On November 22, 2009, Petitioner was arrested in Case No. ED CR 09-00122(B) VAP, for transportation into prostitution, in violation of 18 U.S.C. § 2421.  A Presentence Report was prepared and the probation department calculated one point into Petitioner's criminal history for the offense, and two points under § 4A1.1(e) for petitioner being on probation at the time of the instant offense. offense.  See PSI at ¶ ___.  The Court further calculated Petitioner's Criminal History by adding two points for a burglary that occurred on August 6, 1997, in Case No. MSB029726.  On December 13, 2010, this Court sentenced Petitioner to 96 months of incarceration based upon a Base Offense Level of 27, Criminal History Category Four.

It is Petitioner's contention that counsel rendered ineffective assistance for not objecting to the two points for the probation violation under Amendment 742 which became effective on November 1, 2010, prior to Petitioner being sentenced.  Petitioner further contends that he should have only been given one point for the burglary/shop lifting charge in 1997, Case. No. MSB029726.  Based upon Petitoner's belief, counsel rendered ineffective assistance during sentencing where he received three additional points in his criminal history scoring which resulted in Criminal History Three, and a sentence

of 87 months.   Had counsel objected to this miscalculation, Petitioner would not have been in Criminal History Category Four, but in Category Three.

Therefore, it is Petitioner's belief that counsel rendered ineffective assistance in violation of the Sixth Amendment and Strickland.

CONCLUSION

For the foregoing reasons, Petitioner's pray is that this court will take into consideration his post-conviction rehabiltiation efforts and resentence him accordingly.   In the alternative, grant an evidentiary hearing to further establish the record.   (See Certificates attached hereto).

RESPECTFULLY SUBMITTED this 18 day of October , 2011.

Jason Wilson, pro se
Reg. No. 44601-048
FCI Victorville 1
P.O. Box 5300
Adelanto, CA 92301

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:   Yes, the grounds in this motion has never been raised due to counsel did not file an appeal on my behalf, and I waived my direct appeal rights.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?      Yes ☐   No ☒X
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:      N/A
(a) At preliminary hearing:

(b) At arraignment and plea:

(c) At trial:

(d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ☐ No ☒X

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐ No ☒X

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?      Yes ☐  No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* I have until December 13, 2011, to file this instant motion.  I was sentenced on December 13, 2010.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of —
      (1) the date on which the judgment of conviction became final;
      (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
      (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

To resentence him to 87-months. In the alternative, grant an evidentiary hearing to further establish the record.

or any other relief to which movant may be entitled.

_____

**Signature of Attorney (if any)**

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

(month, date, year).

Executed (signed) on _____10-18-11_____ (date).

_____

**Signature of Movant**

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Your Honor,

This may sound strange, but I would like to thank you for this time you have given me. Time that has allowed me to reevaluate my life and recieve an upright spirit. I did not understand how the world viewed me until I asked people I consider my friends to view me a character letter in support of my sentencing. This is what has made me realize that I can do better if I put my mind into something positive in life.

I've had a chance to grab a hold of who I truly am, and I have a love for people and I wanna help some of them change. This is why I started right here in prison. I'm enrolled in Coastline Community College, an I'm trying to get a degree in business.

I was also selected as one of 15 people who were chosen to be trained to teach the drug education class here at Victor-Ville. I have also been employed as a Custodian in the Education Department, and I volunteer to teach a class on Janitorial Maintenance. This in return, I'm hoping some of the guys here will learn a simple trade thereby giving them a option in life besides illegal activity.

I've completed the Drug and Inspirational classes, and I also completed 12 other ACE Courses.

I see the flaws in my life, and I'm hoping that I can help prevent others from the faults of drug abuse. My dream is to teach and mentor to young people who have ventured off track into this destructive lifestyle.

I believe if given the chance, I can help change the way most young people as my self change the direction of their life in my community. I believe I can help salvage some of our youth from the pits of this destructive lifestyle. I believe this because I understand how drugs carried my life down a road that I never thought I would travel. And in the process, I tried to escape the harsh reality of my childhood of abuse and lingering pain.

Your Honor, the transformation from boyhood to manhood has been a constant struggle for me especially in this environment. However, I realize that for a person to move beyond his adolescent ways, he must also have a change of heart and mind. He must change the way he thinks. I'm working

On this everyday I'm here.

Your Honor, my prayers is that you will take all this into consideration in the process of reviewing my pending 22.55 motion. I pray that you will consider resentencing me to my minimum sentence of 57 months, and allow me to be placed in an outpatient program to serve the rest of my time. I believe I really will be more productive at this stage in my life than ever before if only you will give me this opportunity. God Bless You.

Sincerely,

Jason D. Wilson

# CERTIFICATE OF COMPLETION

## FCC VICTORVILLE EDUCATION DEPARTMENT

This certifies that

## Jason Wilson

**has successfully completed 10 hours of study in**

# EFFECTING BETTER CHANGE

Awarded at FCC Victorville, California

May 10, 2011

_____
F. Ansari, ACE Coordinator

# CERTIFICATE OF COMPLETION

## FCC VICTORVILLE EDUCATION DEPARTMENT

This certifies that

## *Jason Wilson*

has successfully completed 10 hours of study in

# MY OWN BUSINESS

Awarded at FCC Victorville, California

May 10, 2011



F. Ansari, ACE Coordinator





# CERTIFICATE OF COMPLETION

## FCC VICTORVILLE EDUCATION DEPARTMENT

This certifies that

## *Jason Wilson*

has successfully completed 10 hours of study in

# REAL ESTATE INVESTING

Awarded at FCC Victorville, California

May 10, 2011



F. Ansari, ACE Coordinator

# CERTIFICATE OF COMPLETION

## FCC VICTORVILLE EDUCATION DEPARTMENT

This certifies that

# *Jason Wilson*

has successfully completed 10 hours of study in

# SPANISH FOR ENGLISH SPEAKERS

Awarded at FCC Victorville, California
May 10, 2011

F. Ansari, ACE Coordinator



# CERTIFICATE OF COMPLETION

### FCC VICTORVILLE EDUCATION DEPARTMENT

This certifies that

## Jason Wilson

has satisfactorily completed 2 participation hours
on this 30th Day of March, 2011 in the

# Ready-to-Work Release Preparation Workshop

_____
ASST. SUPERVISOR OF EDUCATION

_____
USP/ONS/INSTRUCTOR

# CERTIFICATE OF COMPLETION

## FCC VICTORVILLE EDUCATION DEPARTMENT

This certifies that

*Jason Wilson*

has successfully completed 10 hours of study in

# HUMAN RIGHTS

Awarded at FCC Victorville, California

May 10, 2011

F. Ansari, ACE Coordinator



CERTIFICATE OF COMPLETION

FCC VICTORVILLE EDUCATION DEPARTMENT

This certifies that

Jason Wilson

has satisfactorily completed 2 participation hours
on this 30th Day of March, 2011 in the

Successful Living Release Preparation Workshop

ASST. SUPERVISOR OF EDUCATION

USPO INSTRUCTOR



CERTIFICATE OF COMPLETION

Jason Wilson

Has Successfully Completed all requirements
March 31, 2011

# Certificate of Accomplishment

## This is to certify that

### Jason Wilson

has successfully completed Parenting From a Distance

and is hereby presented with a certificate to mark this achievement.

This 11th Day of April, 2011.

K. Brown, Education Specialist



# CERTIFICATE OF COMPLETION

## FCC VICTORVILLE EDUCATION DEPARTMENT

This certifies that

# Jason Wilson

has successfully completed 10 hours of study in

# COMMERCIAL DRIVER'S LICENSE

Awarded at FCC Victorville, California
May 10, 2011

F. Ansari, ACE Coordinator

# Certificate of Participation

## FCI-I Victorville, Education Department

*This certifies that*

## Jason Wilson

Has completed 10 hours of RPP *Finacial LiteracySeminar* – Part I
Presented by the Millionaire Mind Inc. Chief Executive Officer

*Given This August 23, 2011*

*Program Coordiantor*



**TERRY NAFISI**

District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Thursday, November 10, 2011

MR JASON D. WILSON #44601-048
FCI VICTORVILLE MED 1
PO BOX 5300
ADELANTO, CA 92301

Dear Sir/Madam:

A ☐ Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number
_____

A ☒ Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case
number **EDCR09-00122 (B)**   and also assigned the civil case number   **EDCV11- 1817 VAP**

A ☐ Motion for Extension of Time to File Habeas Corpus Petition was filed today on your behalf and
assigned civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
☒ District Court Judge   __Virginia A. Phillips__
☐ Magistrate Judge _____
at the following address:

☒ U.S. District Court        ☐ Ronald Reagan Federal        ☐ U.S. District Court
312 N. Spring Street           Building and U.S. Courthouse     3470 Twelfth Street
Civil Section, Room G-8        411 West Fourth St., Suite 1053   Room 134
Los Angeles, CA  90012         Santa Ana, CA  92701-4516         Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your
address of record is returned undelivered by the Post Office, and if the Court and opposing counsel
are not notified in writing within fifteen (15) days thereafter of your current address, the Court may
dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By:   __LMURRAY__
Deputy Clerk

CV-17  (06/09)        **LETTER re FILING H/C PETITION or 28/2255 MOTION**