UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JASON DUANE WILSON,<br><br>        Defendant. | Case Nos.:<br>    EDCV 11- 01817VAP<br>***EDCR 09-00122(B) VAP***<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Defendant's Motion is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 24, 2012

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge